## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| _____ | : | |
| LUIS ROSADO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 09-07 (SRC) |
| v. | : | |
| | : | **ORDER** |
| PEDRO BORREO et al., | : | **CLOSED** |
| | : | |
| Defendants. | : | |
| _____ | : | |

**CHESLER, U.S.D.J.**

This matter comes before this Court following the Report and Recommendation ("R&R") filed on July 14, 2011 by Magistrate Judge Shipp, pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2). The R&R recommended that Plaintiff's Complaint be dismissed following, *inter alia*, Plaintiff's failure to comply with Court orders and to prosecute his case. The time for filing objections to the R&R has expired, and no objections were submitted.

A magistrate judge's recommended disposition of a dispositive matter is subject to de novo review. In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); see also FED. R. CIV. P. 72(b). This Court has reviewed the R&R under the appropriate de novo standard, and agrees with Magistrate Judge Shipp's analysis and conclusion. Therefore,

**IT IS** on this 4th day of August, 2011,

**ORDERED** that Magistrate Judge Shipp's R&R (Docket Entry No. 52) is adopted as the Opinion of the Court; and it is

**ORDERED** that Plaintiff's Complaint is hereby **DISMISSED** with prejudice, and this

case shall be marked **CLOSED**.


                                   s/ Stanley R. Chesler
                              STANLEY R. CHESLER, U.S.D.J.